UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0347 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| JEREMY JANTILE BURTON, | |
| Defendant. | |

Andrew S. Dunne, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Robert H. Meyers, OFFICE OF THE FEDERAL DEFENDER, for defendant.

This matter is before the Court on defendant Jeremy Burton's objection to the April 25, 2024, Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois. Judge Brisbois recommends denying both Burton's motion to dismiss and Burton's motion to suppress. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Defendant's objections [ECF No. 58] are OVERRULED.

-1-

2. The Report and Recommendation [ECF No. 57] is ADOPTED.

3. Defendant's motion to dismiss [ECF No. 28] is DENIED.

4. Defendant's motion to suppress [ECF No. 27] is DENIED.

Dated: June 7, 2024       s/Patrick J. Schiltz
                         Patrick J. Schiltz, Chief Judge
                         United States District Court