UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No. 23-CR-0347 (PJS/LIB)

      Plaintiff,

v.                                                                              ORDER

JEREMY JANTILE BURTON,

      Defendant.

Defendant Jeremy Burton was indicted by a grand jury on one count of being a felon in possession of a firearm.  ECF No. 5.  A jury trial is scheduled to commence in Duluth on August 13, 2024.  ECF No. 68.  This matter is before the Court on Burton's motion to hold the trial in the Twin Cities.  ECF No. 75.

In his motion, Burton argues that, because he "waives his personal Sixth Amendment right to be tried by a 'jury of the state and district' where the crime was allegedly committed, there is no constitutional reason why his trial needs to occur in Duluth or why his jury needs to be drawn from the 5th Division."

Although there may not be a *constitutional* reason to hold the trial in Duluth with a jury drawn from the Fifth Division, there are *non-constitutional* considerations that militate against changing the trial location and jury pool.  Primarily, the public has an interest in seeing that crimes committed in one region of the state are tried by juries from that same region.  Northeastern Minnesota is as much a part of the District— and

as entitled to have its judicial business handled locally—as the rest of the state.

Relatedly, the Court has an interest in the orderly and predictable assignment of cases, which intra-district "division shopping" by defendants would undermine. *See* D. Minn. LR 83.11(b) (describing rules of case assignment).

Burton is charged with committing a crime in northeastern Minnesota. That charge will be tried in northeastern Minnesota before a jury made up of citizens of northeastern Minnesota.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT defendant's motion to hold the trial in the Twin Cities [ECF No. 75] is DENIED.

Dated: July 15, 2024

*(signature)*

Patrick J. Schiltz, Chief Judge
United States District Court